AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

# UNITED STATES DISTRICT COURT

FEB 22 2008

JAMES W. McCORMACK, CLERK
By:_____
DEP/CLERK

__EASTERN__   District of   __ARKANSAS__

### UNITED STATES OF AMERICA
### V.

### CANTRAL HUGGINS

## JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case Number:   4:05CR00270-01 JMM

USM Number:   22269-099

Chris Tarver
Defendant's Attorney

## THE DEFENDANT:

X   admitted guilt to violation of condition(s)   General and Special   of the term of supervision.

☐   was found in violation of condition(s)   _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Failure to refrain from any unlawful use of a controlled substance | 6/7/2006 |
| Special | Failure to participate in mental health treatment under the guidance and supervision of the U.S. Probation Office | 5/31/2006 |
| General | Failure to refrain from committing another federal, state, or local crime | 6/7/2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s)   _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   ***-**-9303

Defendant's Date of Birth:   **/**/1979

Defendant's Residence Address:

Redacted Pursuant to JCUS Policy

Defendant's Mailing Address:

Redacted Pursuant to JCUS Policy

February 21, 2008
Date of Imposition of Judgment

Signature of Judge

James M. Moody

United States District Judge
Name and Title of Judge

Feb 22, 2008
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:      CANTRAL HUGGINS
CASE NUMBER:    4:05CR00270-01 JMM

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    eighteen (18) months to run consecutive to term of imprisonment in the Arkansas Department of Correction.

X   The court makes the following recommendations to the Bureau of Prisons:
Defendant shall participate in RDAP nonresidential substance abuse treatment during incarceration.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

☐   at _____ ☐ a.m. ☐ p.m. on _____ .

☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐   before 2 p.m. on _____ .

☐   as notified by the United States Marshal.

☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL